IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 4938 |
| STEPPO SUPPLY & CONSTRUCTION, INC., an Illinois corporation, | ) ) ) | JUDGE ROBERT W. GETTLEMAN |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, STEPPO SUPPLY & CONSTRUCTION, INC., an Illinois corporation, in the total amount of $16,956.41, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,520.00.

On May 17, 2016, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 7, 2016. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>25th</u> day of <u>July 2016</u>:

    Mr. Thomas H. Ahlbeck, Registered Agent
    Steppo Supply & Construction, Inc.
    422 N. Northwest Highway, Suite 130
    Park Ridge, IL   60068

    Ms. Eileen R. Stepanovich, President
    Steppo Supply & Construction, Inc.
    3450 Ridge Road
    Lansing, IL   60438


            /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: <u>pryan@baumsigman.com</u>

I:\MIDJ\Steppo\motion.pnr.df.wpd